UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VLM FOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRF FROZEN FOODS, LLC; RD OFFUTT COMPANY; MARTIN D. MYERS; TYLER FALK; and ALLAN F. KNOLL, <br><br> Defendants. | NO: 4:16-CV-5098-RMP <br><br><br> ORDER APPROVING STIPULATION REGARDING DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY |

BEFORE THE COURT is the jointly filed Stipulation Regarding Dismissing Case with Prejudice and Without Costs to Any Party, ECF No. 29. The Court has reviewed the stipulation, the record, and is fully informed.

The Court finds good cause to approve of the stipulation.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The parties' Stipulation Regarding Dismissing Case with Prejudice and Without Costs to Any Party, **ECF No. 29**, is **APPROVED**.

ORDER APPROVING STIPULATION REGARDING DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY ~ 1

2. This case is **DISMISSED WITH PREJUDICE** and the **PARTIES SHALL BEAR THEIR OWN COSTS**.

3. All pending motions are **DENIED AS MOOT**.

The District Court Clerk is directed to enter this Order, provide copies to counsel and **close this case**.

**DATED** this 31st day of October 2016.

*s/ Rosanna Malouf Peterson*<br>ROSANNA MALOUF PETERSON<br>United States District Judge